IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


CHESTER McCOY, BENJAMIN CAUSEY,
AND DeMARCUS HAILE, DANIEL HARRIS,
ANTYON GRAY, MARIO SPEECH, TERRELL
COOPER, RAFAEL ANDERSON, AND GENE
WOOLSEY, Individually And On Behalf
of Themselves And All Others
Similarly Situated                                          PLAINTIFFS

VS.                        CIVIL ACTION NO. 3:17-cv-207(DCB)(LRA)

DEFENDERS, INC., d/b/a Protect
Your Home d/b/a Home Defender,
d/b/a True Home Security                                     DEFENDANT


<u>ORDER</u>

This cause is before the Court on the defendant Defenders,
Inc.'s Motion to Dismiss or, Alternatively, to Strike Class
Allegations **(docket entry 6)**, and on Defenders, Inc.'s Motion for
Judgment on the Pleadings **(docket entry 19)**. On August 29, 2017,
Magistrate Judge Linda R. Anderson filed a Text Order granting the
plaintiffs' Motion to File First Amended Complaint, and the
plaintiffs filed their Amended Complaint also on August 29, 2017.

In light of the Amended Complaint, the Court shall deny
without prejudice the defendant's Motion to Dismiss or,
Alternatively, to Strike Class Allegations, and shall also deny
without prejudice the defendant's Motion for Judgment on the
Pleadings, inasmuch as the prior Complaint has been superseded by
the Amended Complaint. See <u>Anderson v. USAA Cas. Ins. Co.</u>, 218
F.R.D. 307, 308 (D.D.C. 2003).

Accordingly,

IT IS HEREBY ORDERED that the defendant's Motion to Dismiss or, Alternatively, to Strike Class Allegations **(docket entry 6)**, is DENIED AS MOOT, with leave to re-file;

FURTHER ORDERED that the defendant's Motion for Judgment on the Pleadings **(docket entry 19)** is DENIED AS MOOT, with leave to re-file.

SO ORDERED, this the 13th day of September, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE